UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10436-GW-JDEx | Date | January 14, 2026 |
|---|---|---|---|
| Title | *Jeremy Holland v. B. D. White Top Soil Co., Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On January 13, 2026, Plaintiff Jeremy Holland filed a Notice of Settlement [16]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for February 19, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on February 17, 2026.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |